01

02

03
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
04
AT SEATTLE

05 COTOC JOSE SANCHEZ,                            )    CASE NO. C09-1646-RSM
                                                 )
06        Petitioner,                            )
                                                 )
07        v.                                      )
                                                 )    ORDER OF DISMISSAL
08 A. NEIL CLARK, Field Office Director, U.S. )
   Immigration and Customs Enforcement,          )
09                                                )
          Respondent.                            )
10 _____ )

11        The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus,

12 respondent's Motion to Dismiss, the Report and Recommendation of the Hon. Mary Alice

13 Theiler, United States Magistrate Judge, and any objections or responses to that, and the

14 remaining record, finds and Orders as follows:

15        (1)     The Court adopts the Report and Recommendation;

16        (2)     Respondent's motion to dismiss (Dkt. 12) is GRANTED and this action is
                  DISMISSED with prejudice;
17
          (3)     The Clerk shall send a copy of this Order to the parties and to Judge Theiler.
18

19        DATED this 2nd day of July 2010.

20

21        RICARDO S. MARTINEZ
          UNITED STATES DISTRICT JUDGE
22

ORDER OF DISMISSAL
PAGE -1